UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GERALD THORNTON, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1747 CDP |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

This matter is before me on the complaint of Gerald Thornton for judicial review under 42 U.S.C. § 405(g) of defendant's final decision denying his applications for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income benefits under Title XVI of the Act. This matter was referred to United States Magistrate Judge Thomas C. Mummert for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On December 4, 2007, Judge Mummert filed his recommendation that the decision of the Commissioner be affirmed without further proceedings. Plaintiff has not filed any objections and his time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning

of Magistrate Judge Mummert set forth in support of his Report and Recommendation of December 4, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 17] is adopted in its entirety, and the complaint of Gerald Thornton is **DISMISSED** without further proceedings.

A separate judgment will be entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of January, 2008.